# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>19 School Street, Apt. #3,<br>Cornish, New Hampshire | ) )<br>) Case No. 1:20-mj-53-01-AJ<br>) )<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

19 School Street, Apt. #3, Cornish, New Hampshire, a detailed description of which is contained in Attachment A herein.

located in the _____ District of __New Hampshire__ , there is now concealed *(identify the person or describe the property to be seized)*:

Property that constitutes evidence, fruits, and/or other instrumentalities of violations of 18 U.S.C. 922(a)(6), enumerated in Attachment B, attached hereto and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(a)(6) | False Statement During the Purchase of a Firearm |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Patrick Dawley
*Applicant's signature*

Special Agent Patrick Dawley, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/12/2020

*Judge's signature*

City and state: Concord, New Hampshire

Daniel J. Lynch, U.S. Magistrate Judge
*Printed name and title*